UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2 (c)

In the Matter of
Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, New Jersey 08816
Attorney for Debtor
(732) 238-8777
Robert C. Nisenson
RCN 6680

Alexis Martin

Debtor.

**Order Filed on May 30, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-18615
Hearing Date:
Judge: JKS

## ORDER TO CONTINUE BANKRUPTCY STAY

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED.**

**DATED: May 30, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
 (732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case: 19-18615-JKS |
|  | : | Chapter 13 |
| Alexis Martin | : |  |
|  | : |  |
|  | : | **ORDER TO CONTINUE STAY** |
| Debtor. | : |  |
|  | : |  |
| _____ | : |  |

    This matter having been opened to the Court by Robert C. Nisenson, Esq., of the Law firm of Robert C. Nisenson, L.L.C., attorneys for Debtor, upon application for an Order to Continue Stay and the Court having considered all supporting and opposing papers, if any, and good cause appearing for the entry of this Order;

    It is on the     day of   , 2019;

    **ORDERED** that the continue stay shall continue with respect to all legal proceeding by secured creditors  against the Debtor and stay all foreclosure sales; and it is further

    **ORDERED** that a copy of this Order shall be served upon all parties within _____ days of the date hereof.