**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
 (732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680
Attorney for Debtor

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In the Matter of : | Case:  19-18615 |
| : | Chapter 13 |
| ALEXIS MARTIN : |  |
| : |  |
| : | **PRE-CONFIRMATION CERTIFICATION OF** |
| : | **COMPLIANCE WITH POST PETITION** |
| : | **OBLIGATIONS IN ACCORDANCE WITH 11** |
| : | **U.S.C. SECTION 1325(a)(8) AND (a)(9)** |
| : |  |
| Debtor. : |  |

**I, ALEXIS MARTIN,** upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on June 27, 2019.

2. The above named Debtor(s) has/have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor(s) has / have filed all applicable Federal, State, and local tax returns, as required by 11 U S.C. Section 1308.

4. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: June 12, 2019                                                                                  /s/ALEXIS MARTIN