**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**
**1** Valuation of Security          **0** Assumption of Executory Contract or Unexpired Lease          **0** Lien Avoidance

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:    **Alexis Martin**

Debtor(s)

Case No.:    **19-18615**
Judge:    **JKS**

## CHAPTER 13 PLAN AND MOTIONS

☐ Original          ☑ Modified/Notice Required          Date:    7-19-2019
☐ Motions Included          ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☑ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  **RCN**         Initial Debtor:  **A M**         Initial Co-Debtor  _____

## Part 1: Payment and Length of Plan

a. The Debtor has paid $600.00 into the Plan and the debtor shall pay **$200.00 Monthly** to the Chapter 13 Trustee, starting on August 1, 2019 for approximately **56** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ☑ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion:  _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion:  _____

- ☑ Loan modification with respect to mortgage encumbering property: **MIDFIRST MORTGAGE**
  Description: 156 Locust Drive, Union, NJ
  Proposed date for completion: loss mitigation will be completed by the time set forth in the loss mitigation order

d. ☑ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification. Debtor is to make post adequate protection payments to the secured creditor.

e. ☑ Other information that may be important relating to the payment and length of plan: Trustee is to reserve making payments to secured creditor pending loss mitigation.

## Part 2: Adequate Protection                    X NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **ROBERT C. NISENSON** | **ATTORNEY FEES** | **1,800** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:
☑ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

a. **Curing Default and Maintaining Payments on Principal Residence:** ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

c. **Secured claims excluded from 11 U.S.C. 506:** ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

d. **Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES**

the appropriate motion to be filed under Section 7 of the Plan.

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| NEW CENTURY FINANCIAL SERVICES | HOME | 12,913.51 | 311,000 | 433,911.63 | | | 0.00 |

    2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ **NONE**

    Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **ALLY FINANCIAL** | **2016 KIA OPTIMA** | **13,000** | 0.00 |
| **HYUNDAI LEASE TITLING TRUST** | **2016 HYUNDAI SONOTA SPORT** | **18,000** | 0.00 |

**f. Secured Claims Unaffected by the Plan** ☑ **NONE**

    The following secured claims are unaffected by the Plan:

Creditor

**FARMERS NATIONAL BANK**

**g. Secured Claims to be Paid in Full Through the Plan** ☑ **NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|

## Part 5:  Unsecured Claims    ☐ NONE

    a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

    ☐ Not less than $____ to be distributed *pro rata*

    ☐ Not less than ___ percent

    ☑ *Pro Rata* distribution from any remaining funds

    b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|

## Part 6:  Executory Contracts and Unexpired Leases    ☒ NONE

    (NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

    All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected,

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|

except the following, which are assumed:

## Part 7: Motions  ☐ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ NONE
   The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| NEW CENTURY FINANCIAL SERVICES | HOME | JUDGMENT | 12,913.51 | 311,000 | | 433,911.63 | 12,913.51 |

   b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ NONE

   The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|

   c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ NONE

   The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8: Other Plan Provisions

   a. **Vesting of Property of the Estate**
      ☑ Upon Confirmation
      ☐ Upon Discharge

   b. **Payment Notices**
   Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

### d. Post-Petition Claims

The Standing Trustee ☑ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification    ■ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| **SURRENDER VEHICLE AND CRAM DOWN OF JUDGMENT** | **SURRENDER VEHICLE AND CRAM DOWN JUDGMENT** |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☑ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: **July 19, 2019**

/s/ Alexis Martin
**Alexis Martin**
Debtor

Date:

Joint Debtor

| Date | July 19, 2019 | /s/ Robert C. Nisenson |
|---|---|---|
| | | **Robert C. Nisenson 6680** |
| | | Attorney for the Debtor(s) |

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 19-18615-JKS
Alexis Martin                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jul 23, 2019
                              Form ID: pdf901          Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2019.
```
db          +Alexis Martin,   59 Westfield Ave. Apt 301,   Elizabeth, NJ 07208-3623
518211936   +Capital One Bank,   C/O Radius Global Solutions LLC,   PO Box 390846,
             Minneapolis, MN 55439-0846
518211935   +Capital One Bank,   C/O Client Services, Inc,   3451 Harry S. Truman Blvd,
             Saint Charles, MO 63301-4047
518211938   +Cb Indigo/gf Genesis Bc/Celtic Bank,   Attn: Bankruptcy,   268 South State Street Ste 300,
             Salt Lake City, UT 84111-5314
518296110  ++FARMERS NATIONAL BANK OF CANFIELD,   PO BOX 228,   NILES OH 44446-0228
            (address filed with court: Farmers National Bank of Canfield,   P 0 Box 228,   Niles OH 44446)
518211946    Merrick Bank,   P.O. Box 66072,   Dallas, TX 75266-0702
518318883   +MidFirst Bank,   999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118-6051
518211947   +Midland Mortgage,   C/O KML Law Group, PC,   216 Haddon Avenue Suite 406,
             Westmont, NJ 08108-2812
518211948   +New Century Financial Services, Inc,   C/O Pressler & Pressler, LLP,   7 Entin Rd,
             Parsippany, NJ 07054-5020
518252246   +New Century Financial Services, Inc.,   c/o Pressler, Felt & Warshaw,LLP.,   7 Entin Road,
             Parsippany NJ 07054-5020
518211950   +Publishers Clearing House,   C/O Sunrise Credit Services, Inc,   PO Box 9100,
             Farmingdale, NY 11735-9100
518211954   +Walmart Corp,   1 State St. Plz., 25 Fl.,   New York, NY 10004-1729
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 23 2019 23:43:34      U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 23 2019 23:43:30      United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
518334751    E-mail/Text: ally@ebn.phinsolutions.com Jul 23 2019 23:42:25      Ally Capital,   PO Box 130424,
             Roseville MN 55113-0004
518211932   +E-mail/Text: ally@ebn.phinsolutions.com Jul 23 2019 23:42:25      Ally Financial,
             Attn: Bankruptcy,   PO Box 380901,   Bloomington, MN 55438-0901
518211934   +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2019 23:51:35      BP Visa/ Syncb,   PO Box 530942,
             Atlanta, GA 30353-0942
518211933   +E-mail/Text: data_processing@fin-rec.com Jul 23 2019 23:42:59      Barclays Bank Delaware,
             C/O Financial Recovery Services, Inc,   Po Box 385908,   Minneapolis, MN 55438-5908
518211937   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2019 23:52:30
             Capital One Bank NA,   C/O Portfolio Recovery Associates, LLC,   PO Box 12914,
             Norfolk, VA 23541-0914
518211939   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 23 2019 23:43:03      Comenity Capital Bank/HSN,
             Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
518211940   +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 23 2019 23:44:17
             Credit Collection Services,   Attn: Bankruptcy,   725 Canton St,   Norwood, MA 02062-2679
518211941    E-mail/PDF: creditonebknotifications@resurgent.com Jul 23 2019 23:51:10      Credit One Bank,
             P.O. BOX 60500,   City of Industry, CA 91716-0500
518233469   +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Jul 23 2019 23:44:14
             Hyundai Lease Titling Trust,   PO Box 20809,   Fountain Valley, CA 92728-0809
518211943   +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Jul 23 2019 23:44:14
             Hyundai Motor Finance,   Attn: Bankruptcy,   Po Box 20809,   Fountain Valley, CA 92728-0809
518211944   +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jul 23 2019 23:44:26
             Indigo Platinum Mastercard,   Bankcard Services,   PO Box 4477,   Beaverton, OR 97076-4401
518211945    E-mail/Text: camanagement@mtb.com Jul 23 2019 23:43:00      M&T Bank,   11 West 42nd St,
             New York, NY 10036
518335801    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2019 23:51:10
             Portfolio Recovery Associates, LLC,   C/O capital One Bank (usa), N.a.,   POB 41067,
             Norfolk VA 23541
518340086    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2019 23:51:10
             Portfolio Recovery Associates, LLC,   c/o Barclaycard,   POB 41067,   Norfolk VA 23541
518335733    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2019 23:51:50
             Portfolio Recovery Associates, LLC,   c/o Bp,   POB 41067,   Norfolk VA 23541
518335829    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2019 23:51:51
             Portfolio Recovery Associates, LLC,   c/o Walmart Credit Card,   POB 41067,   Norfolk VA 23541
518211949   +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 23 2019 23:44:17
             Progressive Garden State Ins Co,   C/O Credit Collection Services,   725 Canton Street,
             Norwood, MA 02062-2679
518324858    E-mail/Text: bnc-quantum@quantum3group.com Jul 23 2019 23:43:20
             Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
             Kirkland, WA 98083-0788
518211951   +E-mail/Text: bankruptcydpt@mcmcg.com Jul 23 2019 23:43:30      Synchrony Bank,
             C/O Midland Credit Management,   2365 Northside Drive Suite 300,   San Diego, CA 92108-2709
518211952   +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2019 23:52:14      Synchrony Bank / PC,
             777 Long Ridge Rd,   Stamford, CT 06902-1247
518211953   +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2019 23:50:57      Synchrony Bank/Chevron,
             Attn: Bankruptcy Dept,   PO Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 23
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 23, 2019
                              Form ID: pdf901          Total Noticed: 35

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518211942*    ++FARMERS NATIONAL BANK OF CANFIELD,   PO BOX 228,   NILES OH 44446-0228
              (address filed with court:  Farmers Ntl Bk Canfiel,   20 S Broad St,   Canfield, OH 44406)
518335969*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery Associates, LLC,   c/o Walmart Credit Card,
                POB 41067,   Norfolk VA 23541)
                                                                                        TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2019 at the address(es) listed below:
              Kevin Gordon McDonald    on behalf of Creditor   MIDFIRST BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert C. Nisenson    on behalf of Debtor Alexis  Martin rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 4
```