Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 19−18615−JKS
          Chapter: 13
          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alexis Martin
   aka Alex Martin
   59 Westfield Ave. Apt 301
   Elizabeth, NJ 07208

Social Security No.:
   xxx−xx−4171

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 5/8/2019 and a confirmation hearing on such Plan has been scheduled for 6/27/2019.

The debtor filed a Modified Plan on 7/19/2019 and a confirmation hearing on the Modified Plan is scheduled for 8/22/2019 at 8:30am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: July 24, 2019
JAN: rh

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-18615-JKS
Alexis Martin                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin            Page 1 of 2           Date Rcvd: Jul 24, 2019
                             Form ID: 186           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2019.
```
db              +Alexis Martin,    59 Westfield Ave. Apt 301,    Elizabeth, NJ 07208-3623
518211936       +Capital One Bank,    C/O Radius Global Solutions LLC,    PO Box 390846,
                  Minneapolis, MN 55439-0846
518211935       +Capital One Bank,    C/O Client Services, Inc,    3451 Harry S. Truman Blvd,
                  Saint Charles, MO 63301-4047
518211938       +Cb Indigo/gf Genesis Bc/Celtic Bank,    Attn: Bankruptcy,    268 South State Street Ste 300,
                  Salt Lake City, UT 84111-5314
518296110      ++FARMERS NATIONAL BANK OF CANFIELD,    PO BOX 228,    NILES OH 44446-0228
                (address filed with court: Farmers National Bank of Canfield,   P 0 Box 228,   Niles OH 44446)
518211946        Merrick Bank,   P.O. Box 66072,    Dallas, TX 75266-0702
518318883       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
518211947       +Midland Mortgage,    C/O KML Law Group, PC,    216 Haddon Avenue Suite 406,
                  Westmont, NJ 08108-2812
518211948       +New Century Financial Services, Inc,    C/O Pressler & Pressler, LLP,    7 Entin Rd,
                  Parsippany, NJ 07054-5020
518252246       +New Century Financial Services, Inc.,    c/o Pressler, Felt & Warshaw,LLP.,    7 Entin Road,
                  Parsippany NJ 07054-5020
518211950       +Publishers Clearing House,    C/O Sunrise Credit Services, Inc,    PO Box 9100,
                  Farmingdale, NY 11735-9100
518211954       +Walmart Corp,    1 State St. Plz., 25 Fl.,    New York, NY 10004-1729
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 25 2019 00:24:14      U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 25 2019 00:24:11      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
518334751        E-mail/Text: ally@ebn.phinsolutions.com Jul 25 2019 00:22:18      Ally Capital,   PO Box 130424,
                  Roseville MN 55113-0004
518211932       +E-mail/Text: ally@ebn.phinsolutions.com Jul 25 2019 00:22:18      Ally Financial,
                  Attn: Bankruptcy,    PO Box 380901,   Bloomington, MN 55438-0901
518211934       +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2019 00:25:30      BP Visa/ Syncb,   PO Box 530942,
                  Atlanta, GA 30353-0942
518211933       +E-mail/Text: data_processing@fin-rec.com Jul 25 2019 00:23:42      Barclays Bank Delaware,
                  C/O Financial Recovery Services, Inc,    Po Box 385908,   Minneapolis, MN 55438-5908
518211937       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2019 00:26:43
                  Capital One Bank NA,    C/O Portfolio Recovery Associates, LLC,    PO Box 12914,
                  Norfolk, VA 23541-0914
518211939       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 25 2019 00:23:44      Comenity Capital Bank/HSN,
                  Attn: Bankruptcy Dept,    Po Box 182125,   Columbus, OH 43218-2125
518211940       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 25 2019 00:24:58
                  Credit Collection Services,    Attn: Bankruptcy,   725 Canton St,   Norwood, MA 02062-2679
518211941        E-mail/PDF: creditonebknotifications@resurgent.com Jul 25 2019 00:26:13      Credit One Bank,
                  P.O. BOX 60500,   City of Industry, CA 91716-0500
518233469       +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Jul 25 2019 00:24:49
                  Hyundai Lease Titling Trust,    PO Box 20809,   Fountain Valley, CA 92728-0809
518211943       +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Jul 25 2019 00:24:49
                  Hyundai Motor Finance,    Attn: Bankruptcy,   Po Box 20809,    Fountain Valley, CA 92728-0809
518211944       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jul 25 2019 00:25:12
                  Indigo Platinum Mastercard,    Bankcard Services,   PO Box 4477,    Beaverton, OR 97076-4401
518211945        E-mail/Text: camanagement@mtb.com Jul 25 2019 00:23:43      M&T Bank,    11 West 42nd St,
                  New York, NY 10036
518335801        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2019 00:26:43
                  Portfolio Recovery Associates, LLC,    C/O capital One Bank (usa), N.a.,    POB 41067,
                  Norfolk VA 23541
518340086        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2019 00:25:39
                  Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,   Norfolk VA 23541
518335733        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2019 00:26:43
                  Portfolio Recovery Associates, LLC,    c/o Bp,   POB 41067,    Norfolk VA 23541
518335829        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2019 00:40:13
                  Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,   Norfolk VA 23541
518211949       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 25 2019 00:24:58
                  Progressive Garden State Ins Co,    C/O Credit Collection Services,    725 Canton Street,
                  Norwood, MA 02062-2679
518324858        E-mail/Text: bnc-quantum@quantum3group.com Jul 25 2019 00:23:57
                  Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                  Kirkland, WA 98083-0788
518211951       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 25 2019 00:24:11      Synchrony Bank,
                  C/O Midland Credit Management,    2365 Northside Drive Suite 300,    San Diego, CA 92108-2709
518211952       +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2019 00:25:29      Synchrony Bank / PC,
                  777 Long Ridge Rd,    Stamford, CT 06902-1247
518211953       +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2019 00:25:30      Synchrony Bank/Chevron,
                  Attn: Bankruptcy Dept,    PO Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 23
```

```
District/off: 0312-2          User: admin              Page 2 of 2                Date Rcvd: Jul 24, 2019
                              Form ID: 186             Total Noticed: 35
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518211942*    ++FARMERS NATIONAL BANK OF CANFIELD,    PO BOX 228,   NILES OH 44446-0228
              (address filed with court:   Farmers Ntl Bk Canfiel,    20 S Broad St,   Canfield, OH 44406)
518335969*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court:   Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,
                POB 41067,   Norfolk VA 23541)
                                                                                       TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2019 at the address(es) listed below:
              Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert C. Nisenson    on behalf of Debtor Alexis  Martin rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```