**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
(732) 238-8777
Attorneys for Debtor-In-Possession
Robert C. Nisenson, Esq.
RCN 6680

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case: 19-18615 |
| | : | Chapter 13 |
| ALEXIS MARTIN | : | |
| | : | |
| | : | |
| | : | **CERTIFICATION OF** |
| Debtor. | : | **DEBTOR IN SUPPORT OF** |
| | : | **CONFIRMATION** |
| _____ | : | |

      I, ALEXIS MARTIN and MARGARITA ALFONSO on our oath according to law, hereby certifies as follows:

      1.      I am the Debtor in this matter and Margarita Alfonso is Debtor's mother and we submit this Certification in support of confirmation.

      2.      The Debtor filed a Voluntary Chapter 13 bankruptcy case on April 29, 2019.

      3.      The Debtor filed bankruptcy in an attempt to save the property located at 156 Locust Drive, Union, New Jersey 07083.

      4.      The Debtor is in the process of requesting loss mitigation on the aforementioned property.

      5.      Debtor's son passed away on December 17, 2017, and Debtor and his wife were having marital problems.

6. Debtor was staying at Debtor's mom's house, Margarita Alfonso at the property located at 59 Westfield Avenue, Apt. 301, Elizabeth, New Jersey.

7. While Debtor and his wife were separated, Debtor would visit the marital home every day to be with his disabled daughter.

8. At the time of filing for bankruptcy, all of Debtor's tax returns and bank statements indicated the Elizabeth address.

9. Debtor's wife always occupied the marital home.

10. Debtor since filing on April 29, 2019, has moved back in with his wife and wants to keep the marital home.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ALEXIS MARTIN
ALEXIS MARTIN

DATED: August 19, 2019

/s/ MARGARITA ALFONSO
MARGARITA ALFONSO