ROBERT C. NISENSON, ESQ.
WILLIAMSBURG COMMONS
10E AUER COURT
EAST BURNSWICK, NJ  08816

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 19-18615

Re:    ALEXIS MARTIN                                           Atty:   ROBERT C. NISENSON, ESQ.
       59 WESTFIELD AVE. APT 301                                       WILLIAMSBURG COMMONS
       ELIZABETH,  NJ  07208                                           10E AUER COURT
                                                                       EAST BURNSWICK, NJ  08816

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $12,000.00**

## RECEIPTS AS OF 01/15/2020      (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/28/2019 | $200.00 | 5886787000 | 06/21/2019 | $200.00 | 5954957000 |
| 07/11/2019 | $200.00 | 6008551000 | 08/15/2019 | $200.00 | 6096088000 |
| 09/26/2019 | $200.00 | 6200793000 | 10/23/2019 | $200.00 | 6272874000 |

**Total Receipts: $1,200.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $1,200.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020      (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN |  |  | 45.40 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,600.00 | 100.00% | 1,154.60 | 445.40 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY CAPITAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 |  |
| 0002 | BP VISA/ SYNCB | UNSECURED | 0.00 | * | 0.00 |  |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 5,824.26 | * | 0.00 |  |
| 0004 | CAPITAL ONE BANK | UNSECURED | 0.00 | * | 0.00 |  |
| 0005 | CAPITAL ONE BANK | UNSECURED | 0.00 | * | 0.00 |  |
| 0006 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 5,808.88 | * | 0.00 |  |
| 0007 | CB INDIGO/GF GENESIS BC/CELTIC BANK | UNSECURED | 0.00 | * | 0.00 |  |
| 0008 | QUANTUM3 GROUP LLC | UNSECURED | 453.52 | * | 0.00 |  |
| 0009 | CREDIT COLLECTION SERVICES | UNSECURED | 0.00 | * | 0.00 |  |
| 0010 | CREDIT ONE BANK | UNSECURED | 0.00 | * | 0.00 |  |
| 0011 | FARMERS NATIONAL BANK OF CANFIELD | VEHICLE SECURE | 0.00 | 100.00% | 0.00 |  |
| 0012 | HYUNDAI LEASE TITLING TRUST | VEHICLE SECURE | 0.00 | 100.00% | 0.00 |  |
| 0013 | INDIGO PLATINUM MASTERCARD | UNSECURED | 0.00 | * | 0.00 |  |
| 0014 | M&T BANK | UNSECURED | 0.00 | * | 0.00 |  |
| 0015 | MERRICK BANK | UNSECURED | 0.00 | * | 0.00 |  |
| 0016 | MIDFIRST BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 |  |
| 0017 | NEW CENTURY FINANCIAL SERVICES, IN | UNSECURED | 0.00 | * | 0.00 |  |
| 0018 | PROGRESSIVE GARDEN STATE INS CO | UNSECURED | 0.00 | * | 0.00 |  |
| 0019 | PUBLISHERS CLEARING HOUSE | UNSECURED | 0.00 | * | 0.00 |  |

**Chapter 13 Case # 19-18615**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0020 | SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | SYNCHRONY BANK / PC | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | SYNCHRONY BANK/CHEVRON | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,108.39 | * | 0.00 | |
| 0025 | PRESSLER FELT AND WARSHAW LLP | UNSECURED | 12,913.51 | * | 0.00 | |
| 0026 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,129.11 | * | 0.00 | |
| 0027 | MIDFIRST BANK | (NEW) MTG Agree | 531.00 | 100.00% | 0.00 | |

**Total Paid: $1,200.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $1,200.00      -      Paid to Claims: $0.00      -      Admin Costs Paid: $1,200.00      =      Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.