Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 19−18615−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alexis Martin
   aka Alex Martin
   59 Westfield Ave. Apt 301
   Elizabeth, NJ 07208

Social Security No.:
   xxx−xx−4171

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 8/13/20 at 10:00 AM

to consider and act upon the following:

**74** – Creditor's Certification of Default (related document:50 Motion for Relief from Co−Debtor Stay of Maria Martin filed by Creditor MIDFIRST BANK, Motion for Relief from Stay re: 156 Locust Drive, Union, NJ. 07083−6411. Fee Amount $ 181., 65 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 69 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 07/16/2020. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

**75** – Certification in Opposition to (related document:74 Creditor's Certification of Default (related document:50 Motion for Relief from Co−Debtor Stay of Maria Martin filed by Creditor MIDFIRST BANK, Motion for Relief from Stay re: 156 Locust Drive, Union, NJ. 07083−6411. Fee Amount $ 181., 65 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 69 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 07/16/2020. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Robert C. Nisenson on behalf of Alexis Martin. (Nisenson, Robert)

Dated: 7/14/20

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court