Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−18615−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Alexis Martin
  aka Alex Martin
  59 Westfield Ave. Apt 301
  Elizabeth, NJ 07208

Social Security No.:
  xxx−xx−4171

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 8/13/20 at 10:00 AM

to consider and act upon the following:

*74* − Creditor's Certification of Default (related document:50 Motion for Relief from Co−Debtor Stay of Maria Martin filed by Creditor MIDFIRST BANK, Motion for Relief from Stay re: 156 Locust Drive, Union, NJ. 07083−6411. Fee Amount $ 181., 65 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 69 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 07/16/2020. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*75* − Certification in Opposition to (related document:74 Creditor's Certification of Default (related document:50 Motion for Relief from Co−Debtor Stay of Maria Martin filed by Creditor MIDFIRST BANK, Motion for Relief from Stay re: 156 Locust Drive, Union, NJ. 07083−6411. Fee Amount $ 181., 65 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 69 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 07/16/2020. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Robert C. Nisenson on behalf of Alexis Martin. (Nisenson, Robert)

Dated: 7/14/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

```
                       United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                              Case No. 19-18615-JKS
Alexis Martin                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1           Date Rcvd: Jul 14, 2020
                             Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2020.
db             +Alexis Martin,    59 Westfield Ave. Apt 301,    Elizabeth, NJ 07208-3623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Robert C. Nisenson    on behalf of Debtor Alexis  Martin r.nisenson@rcn-law.com,
           doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5