Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                               Case No.: 19−18615−JKS
                               Chapter: 13
                               Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alexis Martin
   aka Alex Martin
   59 Westfield Ave. Apt 301
   Elizabeth, NJ 07208

Social Security No.:
   xxx−xx−4171

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/4/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 4, 2020
JAN: mg

                                                                     Jeanne Naughton
                                                                     Clerk

```
United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-18615-JKS
Alexis Martin                                                       Chapter 13
        Debtor
                                CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Aug 04, 2020
                              Form ID: 148             Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2020.
db            +Alexis Martin,    59 Westfield Ave. Apt 301,    Elizabeth, NJ 07208-3623
518211936     +Capital One Bank,    C/O Radius Global Solutions LLC,    PO Box 390846,
                Minneapolis, MN 55439-0846
518211938     +Cb Indigo/gf Genesis Bc/Celtic Bank,    Attn: Bankruptcy,    268 South State Street Ste 300,
                Salt Lake City, UT 84111-5314
518296110    ++FARMERS NATIONAL BANK OF CANFIELD,    PO BOX 228,    NILES OH 44446-0228
               (address filed with court: Farmers National Bank of Canfield,     P 0 Box 228,    Niles OH 44446)
518211946      Merrick Bank,   P.O. Box 66072,    Dallas, TX 75266-0702
518318883     +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
518211947     +Midland Mortgage,    C/O KML Law Group, PC,    216 Haddon Avenue Suite 406,
                Westmont, NJ 08108-2812
518211948     +New Century Financial Services, Inc,    C/O Pressler & Pressler, LLP,    7 Entin Rd,
                Parsippany, NJ 07054-5020
518252246     +New Century Financial Services, Inc.,    c/o Pressler, Felt & Warshaw,LLP.,    7 Entin Road,
                Parsippany  NJ 07054-5020
518211950     +Publishers Clearing House,    C/O Sunrise Credit Services, Inc,    PO Box 9100,
                Farmingdale, NY 11735-9100
518211954     +Walmart Corp,   1 State St. Plz., 25 Fl.,    New York, NY 10004-1729

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 04 2020 23:10:23     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 04 2020 23:10:21     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518334751      EDI: GMACFS.COM Aug 05 2020 02:43:00     Ally Capital,   PO Box 130424,
                Roseville MN 55113-0004
518211932     +EDI: GMACFS.COM Aug 05 2020 02:43:00     Ally Financial,    Attn: Bankruptcy,    PO Box 380901,
                Bloomington, MN 55438-0901
518211934     +EDI: RMSC.COM Aug 05 2020 02:43:00     BP Visa/ Syncb,    PO Box 530942,
                Atlanta, GA 30353-0942
518211933      E-mail/Text: data_processing@fin-rec.com Aug 04 2020 23:10:05     Barclays Bank Delaware,
                C/O Financial Recovery Services, Inc,    Po Box 385908,   Minneapolis, MN 55438-5908
518211935     +E-mail/Text: mediamanagers@clientservices.com Aug 04 2020 23:09:34     Capital One Bank,
                C/O Client Services, Inc.,    3451 Harry S. Truman Blvd,    Saint Charles, MO 63301-4047
518211937     +EDI: PRA.COM Aug 05 2020 02:43:00     Capital One Bank NA,
                C/O Portfolio Recovery Associates, LLC,    Po Box 12914,   Norfolk, VA 23541-0914
518211939     +EDI: WFNNB.COM Aug 05 2020 02:43:00     Comenity Capital Bank/HSN,    Attn: Bankruptcy Dept,
                Po Box 182125,    Columbus, OH 43218-2125
518211940     +EDI: CCS.COM Aug 05 2020 02:43:00     Credit Collection Services,    Attn: Bankruptcy,
                725 Canton St,   Norwood, MA 02062-2679
518211941      E-mail/PDF: creditonebknotifications@resurgent.com Aug 04 2020 23:17:36     Credit One Bank,
                P.O. BOX 60500,   City of Industry, CA 91716-0500
518233469     +EDI: HY11.COM Aug 05 2020 02:43:00     Hyundai Lease Titling Trust,    PO Box 20809,
                Fountain Valley, CA 92728-0809
518211943     +EDI: HY11.COM Aug 05 2020 02:43:00     Hyundai Motor Finance,    Attn: Bankruptcy,
                Po Box 20809,   Fountain Valley, CA 92728-0809
518211944     +EDI: PHINGENESIS Aug 05 2020 02:43:00     Indigo Platinum Mastercard,    Bankcard Services,
                PO Box 4477,   Beaverton, OR 97076-4401
518211945      E-mail/Text: camanagement@mtb.com Aug 04 2020 23:10:05     M&T Bank,   11 West 42nd St,
                New York, NY 10036
518335801      EDI: PRA.COM Aug 05 2020 02:43:00     Portfolio Recovery Associates, LLC,
                C/O capital One Bank (usa), N.a.,   POB 41067,    Norfolk VA 23541
518340086      EDI: PRA.COM Aug 05 2020 02:43:00     Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                POB 41067,   Norfolk VA 23541
518335733      EDI: PRA.COM Aug 05 2020 02:43:00     Portfolio Recovery Associates, LLC,    c/o Bp,   POB 41067,
                Norfolk VA 23541
518335829      EDI: PRA.COM Aug 05 2020 02:43:00     Portfolio Recovery Associates, LLC,
                c/o Walmart Credit Card,    POB 41067,   Norfolk VA 23541
518211949     +EDI: CCS.COM Aug 05 2020 02:43:00     Progressive Garden State Ins Co,
                C/O Credit Collection Services,    725 Canton Street,   Norwood, MA 02062-2679
518324858      EDI: Q3G.COM Aug 05 2020 02:43:00     Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                PO Box 788,   Kirkland, WA  98083-0788
518211951     +EDI: MID8.COM Aug 05 2020 02:43:00     Synchrony Bank,   C/O Midland Credit Management,
                2365 Northside Drive Suite 300,    San Diego, CA 92108-2709
518211952     +EDI: RMSC.COM Aug 05 2020 02:43:00     Synchrony Bank / PC,    777 Long Ridge Rd,
                Stamford, CT 06902-1247
518211953     +EDI: RMSC.COM Aug 05 2020 02:43:00     Synchrony Bank/Chevron,    Attn: Bankruptcy Dept,
                PO Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 24
```

```
District/off: 0312-2           User: admin               Page 2 of 2              Date Rcvd: Aug 04, 2020
                               Form ID: 148              Total Noticed: 35
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518211942*     ++FARMERS NATIONAL BANK OF CANFIELD,    PO BOX 228,    NILES OH 44446-0228
               (address filed with court:  Farmers Ntl Bk Canfiel,     20 S Broad St,    Canfield, OH 44406)
518335969*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,
                 POB 41067,    Norfolk VA 23541)
                                                                                             TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert C. Nisenson    on behalf of Debtor Alexis   Martin r.nisenson@rcn-law.com,
               doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```